IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| JAVANTA CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:24cv483-MHT |
| ) | (WO) |
| HOUSTON COUNTY JAIL, ) | |
| ) | |
| Defendant. ) | |

## OPINION

Plaintiff, who is incarcerated, filed this lawsuit complaining about denial of access to a law library and other conditions of confinement at the Houston County Jail. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of October, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE